UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTELLISOFT, LTD,

    Plaintiff,

    v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Defendant.
_____/

No. C 12-1462 PJH

**ORDER CONTINUING HEARING DATE**

PLEASE TAKE NOTICE that the date for the hearing on defendant's motion to dismiss, previously set for August 22, 2012, has been CONTINUED to September 12, 2012.

**IT IS SO ORDERED.**

Dated: August 10, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge