United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTELLISOFT, LTD,

        Plaintiff,

        v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

        Defendant.

_____/

No. C 12-1462 PJH

**NOTICE OF ERRATA**

The court's October 17, 2014 Order re Motion for Discovery Relief (Doc. 67) is hereby amended as follows. Page 2, lines 4-5 should read, ". . . the reply shall be filed no later than January 12, 2015. The court will hear the motion on January 28, 2015."

**IT IS SO ORDERED.**

Dated: October 17, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge